IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FERNANDO G. MORGAN, JR., # B-83917, )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>ST. CLAIR COUNTY/20th CIRCUIT, )<br>ILLINOIS DEPT. of CORRECTIONS )<br>FIELD SERVICES DEPT. SUPERVISOR, )<br>O'FALLON POLICE OFFICER, )<br>JESSE TEVERBAUGH, )<br>and ANGELA CHANEY, )<br>)<br>**Defendants.** ) | Case No. 13-cv-641-GPM |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff Ferrnando Morgan shall recover nothing, and the action is **DISMISSED on the merits with prejudice,** the parties to bear their own costs. The dismissal of Count 2 of the complaint, however, remains dismissed without prejudice. This dismissal shall count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: October 7, 2013

                                              NANCY J. ROSENSTENGEL, CLERK

                                              By:    s/ Tanya Kelley
                                                             Deputy Clerk

APPROVED:  s/ *G. Patrick Murphy*
                   G. PATRICK MURPHY
                   United States District Judge